JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Za Xiong Moua, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW SAUL, [1] ) <br> Commissioner of Social Security, ) <br> ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-00516-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 01/28/2020 to 02/27/2020, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to good cause.

During the preceding days leading to the 1/28/2020 deadline, Plaintiff's Counsel has had to provide over 60 hours of training, along with a heavy administrative workload.  During the week of 1/27/2020, Plaintiff's Counsel has 11 administrative hearings, in Fresno, Stockton, and

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

San Jose, California, 24 pre-hearing meetings with claimants who have hearings 30 days out, and the administrative hearing briefs for administrative cases to be heard the following week.

Counsel requires additional time to reply to the defendant's opening brief for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 27, 2020         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: January 27, 2020         MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


By:  */s/ Margaret Branick-Abilla*
     Margaret Branick-Abilla
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 01/27/2020)


## ORDER

Pursuant to the parties' above stipulation (Doc. 17), IT IS HEREBY ORDERED that Plaintiff shall have until February 27, 2020, to file his reply brief.

IT IS SO ORDERED.

Dated:   **January 28, 2020**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

3