McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZA XIONG MOUA, | Case No. 1:19-cv-00516-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | **(Doc. 22)** |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND DOLLARS AND ZERO CENTS ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Jonathan O. Pena. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

Stipulation
1:19-cv-00516-SKO                        1

fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Jonathan O. Pena, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel Jonathan O. Pena.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel Jonathan O. Pena, including Pena & Bromberg, PLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: December 2, 2020          PENA & BROMBERG, PLC


By: */s/ Jonathan O. Pena*
    JONATHAN O. PENA
    Attorneys for Plaintiff
    [*As authorized by e-mail on Dec. 2, 2020]


Dated: December 4, 2020          McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration


By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

Stipulation
1:19-cv-00516-SKO                          2

**ORDER**

Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)" (the "Stipulation") (Doc. 22),

IT IS ORDERED that attorney fees in the amount of SEVEN THOUSAND DOLLARS AND ZERO CENTS ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 4, 2020**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE